IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDWARD LYNN RUSSELL, | § | |
| Petitioner, | § | |
| V. | § | No. 3:14-cv-2914-P |
| WILLIAM STEPHENS, Director Texas Department of Criminal Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION AND ORDER TRANSFERRING CASE

After conducting a review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

Petitioner's application for habeas corpus relief is hereby transferred to the Fort Worth Division of the Northern District of Texas.

SO ORDERED this 29th day of September, 2014

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE